UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Mack Industries, Ltd., et al.<br><br>Debtor(s)<br>Ariane Holtschlag, Trustee for Mack Industries, Ltd.<br><br>Plaintiff(s)<br>Ihab Shenouda<br><br>Defendant(s) | BK No.: 17-09308<br>Chapter: 7<br>Honorable Carol A. Doyle<br><br>Adv. No.: 19-00155 |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

THIS CAUSE coming on to be heard on the motion of David P. Lloyd to withdraw as counsel for the Defendants;

IT IS HEREBY ORDERED the motion is granted. David P. Lloyd is withdrawn as counsel for the Defendant, Ihad Shenouda.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: July 21, 2022

**Prepared by:**

David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265